UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DR. SHIVA AYYADURAI** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIV. ACTION NO. 1:20-cv-10881-WGY** |
| ) | |
| **ROBERT F. KENNEDY, JR.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DECLARATION OF TIMOTHY CORNELL ATTESTING TO SERVICE OF PROCESS FOR ROBERT F. KENNEDY, JR.**

In accordance with 28 U.S.C. §1746, I, Timothy Cornell, being duly sworn, depose and declare as follows:

1)   I am an attorney, admitted and in good standing, inter alia, to the bar of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts. I am counsel to the Plaintiff Dr. Shiva Ayyadurai in the above- captioned case.

2)   I make this Affidavit in support of the Plaintiff's Request for Entry of Default Pursuant to Rule 55(a) against Defendant Robert F. Kennedy, Jr., in the pending action. I make this Affidavit based upon personal knowledge and my information and belief, which arise from and are based such information as may be publicly available.

1

4)   According to my own research, Attorney Robert F. Kennedy, Jr. is a partner at Morgan & Morgan law firm in New York, NY. *See* https://www.forthepeople.com/attorneys/robert-f-kennedy-jr/.

5)   According to my information and belief, and information provided by Federal Express, which delivered the process, on September 15, 2020, the Plaintiff was able to effectuate service of process of the Defendant in the State of New York at Defendant Kennedy's business address at Morgan & Morgan, 90 Broad Street, Suite 1011, New York, NY 10004. *See* Federal Express Delivery Proof of Delivery, attached here as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2020

/s/ Timothy Cornell
Timothy Cornell