October 28, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 771521169000

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | E.HILDAGO | **Delivery Location:** | 90 BROAD ST   10004 |
| **Service type:** | FedEx Priority Overnight | | New York, NY, 10004 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Sep 15, 2020 09:54 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771521169000 | **Ship Date:** | Sep 14, 2020 |
| | | **Weight:** | 1.0 LB/0.45 KG |

Recipient:
Robert Kennedy, Jr.,
Morgan & Morgan, P.L.L.C.
90 Broad Street, Suite 101
New York, NY, US, 10004

Shipper:
Timothy Cornell, Cornell Dolan, P.C.
Ten Post Office Square
Suite 800 South
BOSTON, MA, US, 02109



Thank you for choosing FedEx