# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AYYADURAI,<br>    Plaintiff<br><br><br>KENNEDY, JR.,<br>    Defendant | Civil Action<br>No. 20-10881-WGY |

## ORDER OF DISMISSAL

YOUNG, D.J.

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on   June 16, 2022 (DE 9)  ,  it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 January 3, 2023                                           /s/ Jennifer Gaudet
Date                                                              Deputy Clerk